UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JANICE WINEKE

        Plaintiff,

   v.

COUNTRYWIDE HOME LOANS, and DOES 1-10,

        Defendants.

No. 2:09-cv-03181-MCE-KJM

MEMORANDUM AND ORDER

Presently before the Court is a Motion by Defendant Countrywide Home Loans, Inc. ("Defendant") to Dismiss the Complaint of Plaintiff Janice Wineke ("Plaintiff") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have failed to timely file opposition to Defendant's motion.

Pursuant to Local Rule 78-230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing. The date of the hearing on motion was set for January 14, 2010.

1

1  Fourteen (14) days prior to the hearing was December 31, 2009.
2  No opposition was filed as required.  In light of the fact that
3  no opposition was filed by Plaintiff, Defendant's Motion to
4  Dismiss[1] is GRANTED with leave to amend.
5       Plaintiff may file an amended complaint not later than
6  twenty (20) days after the date this Memorandum and Order is
7  filed electronically.  If no amended complaint is filed within
8  said twenty (20)-day period, without further notice, Plaintiff's
9  claims will be dismissed without leave to amend.
10      IT IS SO ORDERED.

Dated: January 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

27   [1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2