1    Robert E. Boone III (California Bar No. 132780)
     Brian J. Recor (California Bar No. 229091)
2    **BRYAN CAVE LLP**
     120 Broadway, Suite 300
3    Santa Monica, California 90401-2386
     Telephone:    (310) 576-2100
4    Facsimile:    (310) 576-2200
     reboone@bryancave.com
5    brian.recor@bryancave.com

6    Attorneys for Defendant
     COUNTRYWIDE HOME LOANS, INC.

7

8                       **UNITED STATES DISTRICT COURT**

9

         **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

10

11

     JANICE WINEKE,                          Case No. 2:09-cv-03181-MCE-KJM
12
                        Plaintiff,
13                                           **ORDER REMANDING CASE TO STATE**
     vs.                                     **COURT**
14
     COUNTRYWIDE HOME LOANS, a New York      [concurrently filed with Stipulation to Remand
15   Corporation, and Does 1-10,            Case to State Court]

16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

ORDER

WHEREAS, on September 24, 2009, Plaintiff Janice Wineke ("Plaintiff") filed the original Complaint in this action in the Superior Court of the State of California, County of Mono;

WHEREAS, on November 16, 2009, Countrywide Home Loans, Inc. ("Countrywide") timely removed this action to this Court, and later filed a Motion to Dismiss Plaintiff's Complaint;

WHEREAS, on January 19, 2010, the Court granted Countrywide's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure with leave to amend [Docket No. 18]; and

WHEREAS, on January 26, 2010, Plaintiff filed a First Amended Complaint that does not allege any claims arising under federal law, and stripping this Court of subject matter jurisdiction;

THEREFORE, the Court, having considered the parties' February 2, 2010 stipulation to remand and the Court's lack of subject matter jurisdiction over the First Amended Complaint, HEREBY ORDERS that:

1.      This action is remanded to the Superior Court of the State of California, County of Mono.

2.      The clerk shall mail a certified copy of this Order to the Superior Court of the State of California, County of Mono.

IT IS SO ORDERED.

Dated: February 3, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386